**McKENNA LONG & ALDRIDGE LLP**
230 Park Avenue
New York, NY 10169
Telephone: (212) 905-8300
Facsimile: (212) 922-1819
Christopher F. Graham

**McKENNA LONG & ALDRIDGE LLP**
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
J. Michael Levengood (*pro hac vice* admission pending)
Alison M. Elko (*pro hac vice* admission pending)

*Counsel for Debtor Suffolk Regional*
*Off-Track Betting Corporation*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 9 |
| SUFFOLK REGIONAL OFF-TRACK BETTING CORPORATION, | Case No. 11-42250-CEC |
| Debtor.[1] | |

## LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

I, Celine M. Gazes, Comptroller and Director of Finance of Suffolk Regional Off-Track

Betting Corporation, declare under penalty of perjury that I have read the list of creditors holding

the 30 largest unsecured claims, attached hereto as Exhibit "A", and that it is true and correct to

the best of my knowledge, information and belief.

---

[1] Suffolk Regional Off-Track Betting Corporation's address is 5 Davids Drive, Hauppauge, New York 11788 and its tax-payer identification number is 11-2336937.

Dated: Hauppauge, New York
      March 24, 2011

By:    _____

Name: Celine M. Gazes
Title: Comptroller/Director of Finance

Suffolk Regional Off-Track
Betting Corporation

**EXHIBIT A**

**LIST OF CREDITORS**
**HOLDING 30 LARGEST UNSECURED CLAIMS**

Following is the list of the creditors holding the 30 largest unsecured claims of Suffolk

Regional Off-Track Betting Corporation ("Suffolk OTB") as of March 18, 2011.[2]  The list is

prepared for filing in this chapter 9 case in accordance with sections 924 and 925 of the

Bankruptcy Code and Rule 1007(d) of the Federal Rules of Bankruptcy Procedure.  The list

supersedes the list of creditors holding the 20 largest unsecured claims filed by Suffolk OTB on

March 18, 2011.  *See* List of Creditors Holding 20 Largest Unsecured Claims [Docket No. 3].  In

addition to including ten (10) additional creditors pursuant to the request of the United States

Trustee, information regarding the creditors holding the 20 largest unsecured claims has been

amended, including, but not limited to, mailing addresses and amounts of claims.  The list does

not include (1) persons who come within the definition of "insider" set forth in section 101 of the

Bankruptcy Code, or (2) secured creditors.  The list is based upon the books and records of

Suffolk OTB.  Where a claim is deemed disputed, the information presented in the list does not

constitute an admission by, nor is it binding upon, Suffolk OTB.

---

[2]  The amount of claims with respect to the racetracks is current as of February 28, 2011.

# LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Yonkers Raceway 810 Central Avenue Yonkers, NY 10704 | Ursala McIntyre (914) 968-4200 Yonkers Raceway 810 Central Avenue Yonkers, NY 10704 | Host track settlements, including commissions payable on racing wagers; other statutory commissions; Article 78 Proceeding - stayed | D | $2,467,397.64 |
| New York Racing Association, Inc. P.O. Box 90 Jamaica, NY 11417 | Shauna DeFour (718) 641-4700 New York Racing Association, Inc. P.O. Box 90 Jamaica, NY 11417 | Host track settlements, including commissions payable on racing wagers; other statutory commissions | D | $1,711,340.83 |
| New York State and Local Retirement System 110 State Street Albany, NY 12244 | Michael Clenahan (518) 473-4132 New York State and Local Retirement System 110 State Street Albany, NY 12244 | Contributions for future retirement benefits of current employees; Article 78 Proceeding – award on appeal | D | $1,134,883.64 |
| Suffolk County 330 County Center Road Riverhead, NY 11901 | Honorable Angie M. Carpenter, Treasurer (631) 852-1500 Suffolk County 330 County Center Road Riverhead, NY 11901 | Statutory surcharge | D | $474,381.21 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Finger Lakes Racetrack<br>P.O. Box 25250<br>Farmington, NY 14425 | Michael Struzyk<br>(718) 659-3520<br>Finger Lakes Racetrack<br>P.O. Box 25250<br>Farmington, NY 14425 | Host track settlements, including commissions payable on racing wagers; other statutory commissions | D | $461,443.30 |
| New York State Department of Civil Service - Employee Benefits Division<br>P.O. Box 3801<br>New York, NY 10008-3801 | Kevin Hill<br>(518) 485-1771<br>New York State Department of Civil Service - Employee Benefits Division<br>P.O. Box 3801<br>New York, NY 10008-3801 | Employee benefits | D | $384,894.07 |
| Stewart Avenue Associates LLC<br>877 Stewart Avenue, Suite 1<br>Garden City, NY 11530 | Dr. Andrey Goncharuk<br>(516) 745-0500<br>Stewart Avenue Associates LLC<br>877 Stewart Avenue, Suite 1<br>Garden City, NY 11530 | Promissory note in consideration for branch renovation; rent | D | $370,088.67 |
| Monticello Raceway<br>Routes 17 and 17B<br>Monticello, NY 12701 | Maureen Flynn<br>(845) 794-4100<br>Monticello Raceway<br>Routes 17 and 17B<br>Monticello, NY 12701 | Host track settlements, including commissions payable on racing wagers; other statutory commissions | D | $352,639.30 |
| New York City<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007-2601 | Alan H. Kleinman, Senior Counsel, Affirmative Litigation Division<br>(212) 788-1012<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007-2601 | Statutory surcharge | D | $204,126.32 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Sportech, Inc.<br>P.O. Box 935091<br>Atlanta, GA<br>31193-5091 | Michelle Fischer<br>(678) 297-5271<br>Sportech, Inc.<br>P.O. Box 935091<br>Atlanta, GA 31193-5091 | Computational and communication charges and equipment rental | D | $163,983.51 |
| Turfway Park<br>P.O. Box 8<br>Florence, KY 41022 | Kim Puthoff<br>(859) 647-4814<br>Turfway Park<br>P.O. Box 8<br>Florence, KY 41022 | Host track settlements, including commissions payable on racing wagers | D | $75,894.32 |
| New York State Department of Taxation and Finance<br>OTPA Accounting-Miscellaneous Tax, Building 8-Room 431<br>W A Harriman Campus<br>Albany, NY 12205-0048 | John Walpher<br>(518) 457-2210<br>New York State Department of Taxation and Finance<br>OTPA Accounting-Miscellaneous Tax, Building 8-Room 431<br>W A Harriman Campus<br>Albany, NY 12205-0048 | Pari-Mutuel Tax on wagers | D | $72,242.81 |
| Teamsters Union Local 237<br>216 West 14th Street<br>New York, NY 10011 | Ron Germana<br>(212) 924-2000<br>Teamsters Union Local 237<br>216 West 14th Street<br>New York, NY 10011 | Employee benefits | D | $71,514.50 |
| Parx<br>3001 Street Road<br>Bensalem, PA 19020 | Carolyn Haggard<br>(215) 639-9000<br>Parx<br>3001 Street Road<br>Bensalem, PA 19020 | Host track settlements, including commissions payable on racing wagers | D | $62,240.35 |
| Daily Racing Form<br>Dept. Ch 17138<br>Palatine, IL<br>60055-7138 | Harold McAlpin<br>(215) 547-0938, ext. 222<br>Daily Racing Form<br>Dept. Ch 17138<br>Palatine, IL<br>60055-7138 | Publications for re-sale | D | $50,922.11 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| New York State Racing and Wagering Board One Broadway Center Suite 600 Schenectady, NY 12305-2553 | Kristen Buckley, Acting Secretary (518) 395-5400 New York State Racing and Wagering Board One Broadway Center Suite 600 Schenectady, NY 12305-2553 | Regulatory Fee on wagers | D | $48,231.90 |
| McKenna, Long and Aldridge LLP 230 Park Avenue New York, NY 10169-0005 | Christopher Graham (212) 922-1800 McKenna Long & Aldridge LLP 230 Park Avenue New York, NY 10169-0005 | Legal services | D | $46,457.70 |
| Sunland Park 1200 Futurity Park Sunland Park, NM 88063 | Carlos Mendiola (575) 874-5250 Sunland Park 1200 Futurity Park Sunland Park, NM 88063 | Host track settlements, including commissions payable on racing wagers | D | $44,497.43 |
| XpressBet, Inc. (The Meadows) 200 Race Track Road, Building #26 Washington, PA 15301 | Krystal Parish (412) 232-6935 XpressBet, Inc. 200 Race Track Road, Building #26 Washington, PA 15301 | Host track settlements, including commissions payable on racing wagers | D | $42,546.92 |
| Nassau Regional Off-Track Betting Corporation 220 Fulton Street Hempstead, NY 11550 | William Nussbaum (516) 572-2800, ext. 145 Nassau Regional Off-Track Betting Corporation 220 Fulton Street Hempstead, NY 11550 | Statutory surcharge | D | $37,000.00 (estimate) |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Churchill Downs Inc./ Churchill Downs Simulcast Network 700 Central Avenue Louisville, KY 40208 | Whitney Stephens (502) 636-4849 Churchill Downs Inc./ Churchill Downs Simulcast Network 700 Central Avenue Louisville, KY 40208 | Host track settlements, including commissions payable on racing wagers | D | $36,440.18 |
| Beulah Park P.O. Box 850 Grove City, OH 43123 | Debbie Stroth (614) 871-9600, ext. 1272 Beulah Park P.O. Box 850 Grove City, OH 43123 | Host track settlements, including commissions payable on racing wagers | D | $35,836.66 |
| Los Angeles Turf Club (Santa Anita) P.O. Box 60014 Arcadia, CA 91066 | Mary Forney (626) 574-7223 Los Angeles Turf Club (Santa Anita) P.O. Box 60014 Arcadia, CA 91066 | Host track settlements, including commissions payable on racing wagers | D | $31,088.72 |
| Roberts Communications, LLC 4175 Cameron Street, Suite B-10 Las Vegas, NV 89103 | Todd Roberts (702) 227-7500 Roberts Communications, LLC 4175 Cameron Street, Suite B-10 Las Vegas, NV 89103 | Communication services | D | $29,400.00 |
| Turf Paradise 1501 W. Bell Road Phoenix, AZ 85023 | Jesse Gerdus (602) 375-6493 Turf Paradise 1501 W. Bell Road Phoenix, AZ 85023 | Host track settlements, including commissions payable on racing wagers | D | $26,321.89 |
| Long Island Power Authority Long Island Power Authority P.O. Box 9039 Uniondale, NY 11510 | Ms. Holden (631) 755-6000 Long Island Power Authority P.O. Box 9039 Uniondale, NY 11510 | Utility services | D | $26,102.63 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Penn National Group (Charlestown) P.O. Box 32 Grantville, PA 17028 | Alicia Raton (717) 469-3334 Penn National Group (Charlestown) P.O. Box 32 Grantville, PA 17028 | Host track settlements, including commissions payable on racing wagers | D | $25,015.69 |
| Maryland Jockey Club (Laurel Park) P.O. Box 130 Laurel, MD 20725 | Norma Holt (301) 470-5660 Maryland Jockey Club (Laurel Park) P.O. Box 130 Laurel, MD 20725 | Host track settlements, including commissions payable on racing wagers | D | $24,032.87 |
| Nasrin (c/o Roberts Communications) 4175 Cameron Street, Suite B-10 Las Vegas, NV 89103 | Todd Roberts (702) 227-7500 Nasrin (c/o Roberts Communications) 4175 Cameron Street, Suite B-10 Las Vegas, NV 89103 | Communication services | D | $23,475.00 |
| Lewiston Raceway Settlement (Dover Downs) 4 Mollison Way Lewiston, ME 04240 | Clair McGraw (207) 784-6457 Lewiston Raceway Settlement (Dover Downs) 4 Mollison Way Lewiston, ME 04240 | Host track settlements, including commissions payable on racing wagers | D | $23,081.12 |