Albany
Atlanta
Brussels
Denver
Los Angeles

# McKenna Long
# & Aldridge LLP
Attorneys at Law

303 Peachtree Street, NE • Suite 5300 • Atlanta, GA 30308
Tel: 404.527.4000 • Fax: 404.527.4198
www.mckennalong.com

New York
Philadelphia
San Diego
San Francisco
Washington, D.C.

ALISON M. ELKO
(404) 527-4918

EMAIL ADDRESS
aelko@mckennalong.com

April 11, 2011

**VIA ELECTRONIC FILING**

The Honorable Carla E. Craig
Chief Judge, United States Bankruptcy Court
Conrad B. Duberstein Courthouse
271 Cadman Plaza East – Suite 1595
Brooklyn, NY 11201-1800

    Re: *In re Suffolk Regional Off-Track Betting Corporation;*
          Case No. 11-42250-CEC

Dear Chief Judge Craig:

    I am writing this letter as counsel for Suffolk Regional Off-Track Betting Corporation, the debtor in the above-referenced case ("Suffolk OTB"), to advise the Court that the Motion of Suffolk Regional Off-Track Betting Corporation to Enforce Automatic Stay and Hold Northfield Park Associates in Contempt for Violation of Section 362 and 365 of the Bankruptcy Code [Docket No. 27] (the "Motion"), filed with the Court on or about April 1, 2011, has been resolved. Accordingly, Suffolk OTB is hereby withdrawing the Motion without prejudice and expressly reserves all rights and remedies.

                                Respectfully submitted,

                                Alison M. Elko

cc:    Michael C. Cohan, Esq.
       Daniel C. Wolters, Esq.
       Alicia M. Leonhard, Esq.